IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ELIZABETH KENNELLEY,

    Plaintiff,

vs.                                  CASE NO.: 1:07cv128-SPM/AK

BOARD OF TRUSTEES OF
THE UNIVERSITY OF FLORIDA,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case has been dismissed with prejudice pursuant to Plaintiff's "Notice of Dismissal" (doc. 3) and Federal Rule of Civil Procedure 41(a)(1).  Accordingly, the clerk shall close the case.

**SO ORDERED** this 28th day of November, 2007.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge